**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

In re                                              :
                                                   :
LEHMAN BROTHERS HOLDINGS, INC., *et al*.,          :          Chapter 11
                                                   :
Debtors.                                           :          Case No. 08-13555 (JMP)
                                                   :
------------------------------------------------------------------x
LEHMAN COMMERCIAL PAPER INC.,                      :
                                                   :
                         Plaintiff,                :          Adversary Proceeding
                                                   :
              vs.                                  :          No.: 09-01060 (JMP)
                                                   :
iSTAR FINANCIAL INC.,                              :
                                                   :
                         Defendant.                :
                                                   :
------------------------------------------------------------------x

## STIPULATION AND ORDER DISMISSING ADVERSARY PROCEEDING

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), made applicable to adversary

proceedings by Federal Rule of Bankruptcy Procedure 7041, Plaintiff Lehman Commercial

Paper Inc. ("LCPI") and Defendant iStar Financial Inc., being all parties who entered an

appearance in the above-referenced adversary proceeding (the "Adversary Proceeding"), inform

the Court that there are no matters requiring further hearing or determination arising from or

relating to the implementation and/or interpretation of the Court's *Order Denying Application for*

*Injunctive Relief and Granting Cross Motion for Modification of the Automatic Stay Pursuant to*

*11 U.S.C. §362(d)* dated March 6, 2009, and hereby jointly and mutually stipulate that the

Adversary Proceeding shall be dismissed as follows: (i) Count I of LCPI's *Complaint for*

*Declaratory and Injunctive Relief* dated February 26, 2009 (the "Complaint") shall be dismissed

with prejudice and (ii) Count II of the Complaint shall be dismissed as moot.

Dated: April 6, 2009
New York, New York

**CLIFFORD CHANCE US LLP**


_/s/ Andrew Brozman_____
Andrew P. Brozman
Jennifer C. DeMarco
31 West 52nd Street
New York, NY 10019
Tel: (212) 878-8000
Fax: (212) 878-8375

*Counsel for iStar Financial Inc.*


Dated: April 6, 2009
New York, New York


**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**


_/s/ Turner P. Smith_____
Steven J. Reisman
L.P. Harrison 3rd
Turner P. Smith
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

*Conflicts Counsel for the Debtors and Debtors In Possession*


**SO ORDERED**

On this 9th day of April, 2009 in New York, New York


_s/ James M. Peck_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE